# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | JESUS & MARIA C PALMERIN |
| **Case Number:** | 2:09-BK-20360-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 02, 2010 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## *Matter:*

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 15500 N. 136TH LN., SURPRISE, AZ 85374 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS AS NOMINEE FOR AMERICA'S SERVICING COMPANY .

**R / M #:**   25 / 0

## *Appearances:*

MICHAEL J. FATTA, ATTORNEY FOR JESUS PALMERIN, MARIA C PALMERIN
WILLIAM FISHBACH, ATTORNEY FOR MERS

## *Proceedings:*

Counsel agree today's hearing can be vacated.

CLERK:  HEARING VACATED.