SO ORDERED.

**TIFFANY & BOSCO** P.A.

Dated: April 06, 2011



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

Jesus Palmerin and Maria C. Palmerin
        Debtors.

US Bank National Association, as trustee on behalf of New Century Alternative Mortgage Loan Trust 2006-ALT2 by its Attorney in fact Wells Fargo Bank, N.A.
        Movant,
vs.

Jesus Palmerin and Maria C. Palmerin
Debtors; Russell A. Brown, Trustee.

        Respondents.

No. 2:09-bk-20360-CGC

Chapter 13

O R D E R

(Related to Docket #39)

Hearing Date: March 29, 2011

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant **effective** 28 days after the Order is granted with respect to that certain real property which is subject of a Deed of Trust dated July 27, 2006, and recorded in the office of the Maricopa County Recorder wherein US Bank National Association, as trustee on behalf of New Century Alternative Mortgage Loan Trust 2006-ALT2 by its Attorney in fact

Wells Fargo Bank, N.A. is the current beneficiary and Jesus Palmerin and Maria C. Palmerin have an interest in, further described as:

    Lot Two Hundred Three (203), RYLAND HOMES AT WEST POINT TOWNE CENTER, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 443 of Maps, page 46.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.